IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TINA M. HILL, )
 )
    Plaintiff, )
 )
v. ) Cause No.
 )
H.G. WEBER & COMPANY, INC., )
 )
    Defendant. )

### AFFIDAVIT OF JASON HASSEL FOR H.G. WEBER & COMPANY, INC. IN SUPPORT OF REMOVAL TO FEDERAL COURT

My name is Jason Hassel. I am an adult over age 18, of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

1. I am the Chief Financial Officer of H.G. Weber & Company, Inc., a Defendant in the above-captioned matter.

2. At all times relevant herein, H.G. Weber & Company, Inc. is, and has been, a Wisconsin corporation with its principal place of business in Wisconsin.

3. H.G. Weber & Company, Inc. herewith consents to the removal of this case to Federal Court.

FURTHER, WITNESS SAYETH NOT.

                                      _____
                                      Jason Hassel, Chief Financial Officer
                                      H.G. Weber & Company, Inc.

SUBSCRIBED AND SWORN TO before me this 26th day of September, 2017.

                                      _____
                                      Notary Public

My commission expires: 9-2-2019

**EXHIBIT 1**